## CONNECTICUT MUTUAL LIFE INS CO v SHELLEY SEED CORP et

Ohio Appeals, 3rd Dist, Henry Co

No 255. Decided Dec 23, 1933

C. V. Bish, Findlay, and Axline & Pendleton, Findlay, for plaintiff in error.

James Donovan, Jr., Napoleon, and Ferd Behrens, Napoleon, for defendants in error.

For full opinion see 40 OLR 67; 189 NE 654; 46 Oh Ap 548.